UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| FOUNDERS REAL ESTATE INVESTMENT TRUST, an Indiana corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>KINSALE INSURANCE COMPANY, an Arkansas corporation<br><br>    Defendant.<br>_____/ | CASE NO. 1:18-CV-00295<br><br>JUDGE CHRISTOPHER A. BOYKO<br><br>MAGISTRATE JUDGE JONATHAN D. GREENBURG |

## NOTICE OF SETTLEMENT

The parties, KINSALE INSURANCE COMPANY and FOUNDERS REAL ESTATE INVESTMENT TRUST give notice that a confidential settlement was reached yesterday. The parties are in the process of finalizing the settlement, including the completion of an executed settlement agreement and release. Accordingly, the parties request that the Court keep this action open for an additional 30 days until March 23, 2018. Once settlement is finalized, Founders will file a notice of voluntary dismissal with prejudice with the Court.

                                                  Respectfully submitted,

.

/s/ WILLIAM H. FALIN
William H. Falin
Moscarino & Treu
Ste. 630
1422 Euclid Avenue
Cleveland, Ohio 44115
216-621-1000
Fax: 216-574-4788
Email: wfalin@mosctreu.com

Michele A. Vargas
Florida Bar No. 686395
Michele.Vargas@Clydeco.us

CLYDE & CO US LLP
1221 Brickell Avenue, Suite 1600
Miami, Florida 33131
T: 305.446.2646
(*Admitted pro hac vice*)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 22, 2018, I e-filed this document using the CM/ECF system. I further certify that I am not aware of any non-CM/ECF participants.

/s/WILLIAM H. FALIN
**WILLIAM H. FALIN**