# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **FOUNDERS REAL ESTATE INVESTMENT TRUST,** | ) CASE NO. 1:18-CV-00295 |
| Plaintiff, | ) |
| vs. | ) DISTRICT JUDGE CHRISTOPHER A. BOYKO |
| **KINSALE INSURANCE COMPANY,** | ) MAGISTRATE NANCY A. VECCHIARELLI |
| Defendant | ) **NOTICE OF VOLUNTARY DISMISSAL OF THIS ACTION** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), PLAINTIFF FOUNDERS REAL ESTATE INVESTMENT TRUST ("Founders"), gives notice of its voluntary dismissal <u>with prejudice</u> of this action. Each party shall bear its own costs.

*s/Paul W. Flowers*
Paul W. Flowers, Esq. (#0046625)
Louis E. Grube, Esq. (#0091337)
**PAUL W. FLOWERS CO., L.P.A.**
Terminal Tower, Suite 1910
50 Public Square
Cleveland, Ohio 44113
(216) 344-9393
pwf@pwfco.com
leg@pwfco.com

*Attorney for Plaintiff, Founders Real Estate Investment Trust*

IT IS SO ORDERED.
s/ Christopher A. Boyko
_____
CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE